# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Ametek Brookfield | 12/5/2022 | 266363 | Check | $ 2,329.89 |
| Akorn Operating Company, LLC | Ametek Brookfield | 2/6/2023 | 267158 | Check | $ 16,930.34 |
| Akorn Operating Company, LLC | Ametek Brookfield | 2/15/2023 | 267276 | Check | $ 799.71 |
| | | | | | $ 20,059.94 |