IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>            Plaintiff,<br><br>    v.<br><br>AMETEK, INC.,<br><br>            Defendant. | Adv. Proc. No. 25-50292 (KBO) |

## NOTICE OF SUBSTITUTION OF COUNSEL

In accordance with Del. Bankr. LR 9010-2(a), the firm of Ciardi Ciardi & Astin hereby enters its appearance and the firm of Saul Ewing LLP hereby withdraws its appearance as counsel to George Miller, Chapter 7 Trustee of the bankruptcy estates of *Akorn Holding Company LLC, et al.*, Plaintiff in the above-captioned adversary proceeding.

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| | |
|---|---|
| **CIARDI, CIARDI & ASTIN** | **SAUL EWING LLP** |
| */s/ John D. McLaughlin, Jr.* | */s/ Evan T. Miller* |
| John D. McLaughlin, Jr. (No. 4123) | Evan T. Miller (DE Bar No. 5364) |
| 1204 N. King Street | Paige N. Topper (DE Bar No. 6470) |
| Wilmington, Delaware 19801 | 1201 N. Market Street, Suite 2300 |
| Tel: (302) 658-1100 | Wilmington, DE 19801 |
| Fax: (302) 658-1300 | Tel: (302) 421-6800 |
| jmclaughlin@ciardilaw.com | evan.miller@saul.com |
| and | paige.topper@saul.com |
| | |
| Albert A. Ciardi, III, Esquire | *Withdrawing Counsel for George Miller,* |
| Walter W. Gouldsbury III, Esquire | *Chapter 7 Trustee of the bankruptcy estates of* |
| 1905 Spruce Street | *Akorn Holding Company LLC, et al.,* |
| Philadelphia, PA 19103 | |
| Tel: (215) 557-3550 | |
| Fax: (215) 557-3551 | |
| aciardi@ciardilaw.com | |
| wgouldsbury@ciardilaw.com | |
| | |
| *Counsel for George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,* | |

Dated:  May 1, 2025